NO. 07-08-0078-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 8, 2008
_____

IN THE MATTER OF THE MARRIAGE OF STEVEN PAUL AZZINARO
AND JOY P. AZZINARO AND IN THE INTEREST OF A.S.A., A CHILD
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2004-526,476; HONORABLE DRUE FARMER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Joy Patrice Azzinaro, has filed a motion to dismiss this appeal because she no longer wishes to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). All costs related to this appeal are assessed against appellant. No motion for rehearing will be entertained and our mandate will issue forthwith.

                                        Mackey K. Hancock
                                        Justice